GOTTHARD J. ZURCHER, TRADING AS GARAMOUNT MACHINE COMPANY, AND HARRY P. HALLER, AND PATERSON MACHINE CO., INC., A NEW JERSEY CORPORATION, PLAINTIFFS-RESPONDENTS, v. MODERN PLASTIC MACHINERY CORP., A CORPORATION OF THE STATE OF DELAWARE LICENSED TO DO BUSINESS IN THE STATE OF NEW JERSEY, DEFENDANT-APPELLANT.

Argued June 8, 1953—Decided June 15, 1953.

*Mr. Ervan F. Kushner* argued the cause for the appellant (*Messrs. Brenman and Susser,* attorneys).

*Mr. A. Leo Bohl* and *Mr. Forster W. Freeman, Jr.,* argued the cause for the respondents (*Messrs. Freeman, Buttermore & Freeman, Mr. Peter Hofstra* and *Mr. John A. Masiello,* attorneys).

PER CURIAM.
The judgment is affirmed for the reasons expressed in the opinion of Judge Bigelow in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—6.

*For reversal*—Justice HEHER—1.